UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANE A. TENNEY,

               Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

No. 2:26-cv-00386-EFB

ORDER GRANTING IFP AND DIRECTING E-SERVICE

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis* and has submitted the affidavit required thereunder which demonstrates that plaintiff is unable to prepay fees and costs or give security for them. ECF No. 2. Accordingly, the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that:

1.     Plaintiff's request to proceed *in forma pauperis* (ECF No. 2) is GRANTED;

2.     The Clerk of Court is directed to issue a summons for this case;

3.     In keeping with the court's e-service procedure for Social Security cases,[1] service on the defendant Commissioner of Social Security Administration shall proceed under the court's E-Service program as follows. Once a summons is issued, the

---

[1] *See* http://www.caed.uscourts.gov/caednew/index.cfm/news/new-social-security-case-procedures-effective-after-june-15-2021/

1

Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint.  The Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order.  This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure; and

4.   The parties are hereby notified that, after e-service of the complaint, this action will be stayed pursuant to General Order Number 615, and there will be no scheduling order or deadlines in effect pending further order of the court.  *See* E.D. Cal. G.O. No. 615, ¶¶ 6 & 10.

5.   The Clerk is directed to issue the Consent/Decline forms only.  Pursuant to GO 615, no briefing schedule shall issue.

DATED: March 9, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2