UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE A. TENNEY,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendants. | No. 2:26-cv-00386-EFB<br><br>ORDER |

Plaintiff proceeds without counsel in this action challenging a determination of the Commissioner of Social Security. He seeks an extension of time to file a motion for summary judgment (ECF No. 11) and permission to use the court's electronic filing system (ECF No. 10).

The motion for extension of time will be granted. Pursuant to the Local Rules, a pro se party shall file and serve paper documents and may not utilize electronic filing unless granted permission by the Court. L.R. 133(a)-(b). A pro se party may request an exception to the paper filing requirement from the Court by filing a stipulation of the parties, or "if a stipulation cannot be had, [a] written motion[] setting out an explanation of reasons for the exception." E.D. Cal. L.R. 133(b)(3). Upon review of the pleadings in this action and the instant request, the court finds that this action currently does not warrant an exception to the Local Rule. Documents intended to be filed with the Court must be mailed to the Clerk of the Court. E.D. Cal. L.R.

134(a).

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for extension of time to file a motion for summary judgment (ECF No. 11) is GRANTED, and plaintiff shall file the motion for summary judgment on or before August 21, 2026.
2. Plaintiff's motion for permission to e-file (ECF No. 10) is denied without prejudice to its later renewal by either motion or stipulation.

DATED: July 30, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE